844

No. 110, Misc. FARLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 111, Misc. OWEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for the United States. ▮

No. 113, Misc. HANKINS *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 114, Misc. BOOKER *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 115, Misc. MEARS *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 117, Misc. OWSLEY *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 121, Misc. McCOY *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied. ▮

No. 123, Misc. HASSAN *v.* MAGISTRATES COURT OF THE CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied.

No. 125, Misc. SIMONETTI *v.* JOHNSTON, STATE HOSPITAL DIRECTOR. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.